Geoffrey E. Dobbin
Geoff@DobbinIPLaw.com
UT Bar #9371
DOBBIN IP LAW, P.C.
2250 S Redwood Road, Suite 5
West Valley City, UT 84119-1355
801-969-6609

JAY JOHNSON, *pro hac vice pending*
jay@kjpllc.com
TX State Bar No. 24067322
D. BRADLEY KIZZIA, *pro hac vice pending*
bkizzia@kjpllc.com
TX State Bar No. 11547550
KIZZIA JOHNSON, PLLC
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
214-451-0164
Fax: 214-451-0165

Attorneys for Plaintiff, SCANNING TECHNOLOGIES INNOVATIONS LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **SCANNING TECHNOLOGIES INNOVATIONS LLC,** § § § | |
| Plaintiff, § | Case No: 2:21-cv-00347-DAO |
| § | |
| vs. § | PATENT CASE |
| § | |
| **FISHBOWL SOLUTIONS, LLC,** § § | |
| Defendant. § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Scanning Technologies Innovations, LLC ("Plaintiff" or "STI") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of

court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Fishbowl Solutions, LLC with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: August 16, 2021                        Respectfully submitted,

/s/ Geoffrey E. Dobbin
Geoffrey E. Dobbin
Geoff@DobbinIPLaw.com
UT Bar #9371
DOBBIN IP LAW, P.C.
Attorney for Defendant
2250 S Redwood Road, Suite 5
West Valley City, UT 84119-1355
801-969-6609

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on August 16, 2021. Parties may access the foregoing through the Court's system.

                                               /s/ Geoffrey E. Dobbin
                                               Geoffrey E. Dobbin